UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

Unclaimed Dividends/ Distribution less than $5 for Deposit
Debtor: **JENSEN, BRIAN & KAREN**

Chapter 13 Case No.   06-42502
jointly administered

Please Check One:
X  Unclaimed Dividends
   Distribution Less than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| MARK PITZELE PA<br>590 WILLOUGHBY WAY W<br>HOPKINS, MN 55305-5351 | 20 | $852.25 | $175.69 |

**TOTAL TO CLERK'S FUND**                                   $175.69

**February 24, 2010**                              /s/ Kyle L Carlson
DATE                                                TRUSTEE

*Received stamp: 10 FEB 26 AM 9:35 U.S. BANKRUPTCY COURT MINNEAPOLIS, MN*